

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00201-CV

| | | |
|---|---|---|
| Mary Ellen Little, Becky Little Anthony, Tricia Rose Jackson, Eric John Little, James Shannon Little, Widow and Children of Johnny James Little, Deceased, and Debra Dee Keefer, as Independent Executrix of the Estate of Johnny James Little, Deceased | § | From the 48th District Court |
| | § | of Tarrant County (48-237479-09) |
| v. | § | July 11, 2013 |
| Delta Steel, Inc. and Reliance Steel & Aluminum Co. | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment that grants summary judgment for Delta Steel, Inc. on appellants' ordinary negligence claim and grants summary judgment for Reliance Steel & Aluminum Co. on appellants' gross negligence claim. We reverse that portion of the trial court's judgment that grants summary judgment for Reliance

Steel & Aluminum Co. on appellants' negligence claim, and we remand this case to the trial court for further proceedings regarding that claim.

It is further ordered that appellants and Reliance Steel & Aluminum Co. shall each pay half of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _____
Chief Justice Terrie Livingston